NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HERBERT JERRIDO,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )     Case No. 2D17-3737
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____     )

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Herbert Jerrido, pro se.


PER CURIAM.


          Affirmed.



LaROSE, C.J., and SILBERMAN and KELLY, JJ., Concur.